**FILED** At

NOV 0 7 2007 aew
ΠOV 07 2007
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

MOTION UNDER 28 U.S.C. SECTION 2255
UNITED   STATES   DISTRICT   COURT
NORTHERN DISTRICT OF ILLINOIS

---

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

---

UNITED STATES

**07CV6321
JUDGE ANDERSEN
MAG. JUDGE KEYS**

```
                               )
                               )   CASE NO._____
v.                             )   (To be supplied by
                               )    clerk)
ANGEL FIGUEROA,                )
                               )
BOP #: 14503-424               )
_____)
(Full name and prison number of )
movant)                         )
```

**IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE FUTURE
UNDER A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE
SHOULD FILE A MOTION IN THE FEDERAL COURT WHICH ENTERED THE
JUDGMENT.**

1.   Place of detention, or if on parole, date of parole release

     Elkton   Federal   Correctional   Institution,   P.   O.   Box   10,
     Lisbon, Ohio, 44432                                          .

2.   Name  and  location  of  court  which  sentence  was  imposed  and
     name  of  judge  who  imposed  the  sentence  which  is  now  under
     attack.
     U.S. District Court, Northern District of Illinois, Chicago

     Division

1

3.  Date of judgment of conviction:
July 7, 2006

4.  Case number:1:02-cr-416-3

5.  Length of sentence:240 months

6.  Nature of offense involved (all counts):F.Conspiracy to Distribute Narcotics 21:846

7.  What was your plea?                (check one)
    (A) Not guilty                     (X)
    (B) Guilty                         (   )
    (C) Nolo Contendere                (   )

8.  Kind of trial:                     (check one)
    (A)  Jury                          (X)
    (B)  Judge only                    (   )

9.  Did you testify at the trial?
    Yes  (   )              No   (X)

10. Did you appeal from the judgment of conviction?

    Yes  (X)              No   (   )

11. If you did appeal, answer the following:

    (A)  Name of court Seventh Circuit Court of Appeals

    (B)  Result  Affirmed

    (C)  Date of result May 11, 2007

12. Other than a direct appeal from the judgment of conviction
    and sentence, have you previously filed any petitions,
    applications or motions with respect to this judgment in
    any federal court?

    Yes  (   )              No   (X)

2

13. If your answer to (12) was **"YES,"** give the following information:

(A) (1) Name of court_____

    (2) Nature of proceeding_____

    (3) Grounds Raised_____

        _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )      No ( )

    (5) Result_____

    (6) Date of result_____

(B) As to any second petition, application or motion, give the same information:

    (1) Name of the court_____

    (2) Nature of proceeding_____

    (3) Grounds Raised_____

        _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )      No ( )

    (5) Result_____

    (6) Date of result_____

(C) As to any third petition, application or motion, give the same information:

    (1) Name of the court_____

    (2) Nature of proceeding_____

    (3) Grounds Raised_____

        _____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
     Yes (   )              No (   )
(5)  Result_____

(6)  Date of result_____

(D)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
     (1)  First petition, etc.    Yes (   )     No (   )
     (2)  Second petition, etc.   Yes (   )     No (   )
     (3)  Third petition, etc.    Yes (   )     No (   )

(E)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

14.  State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same.

**CAUTION:  IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.**

A.   Ground one Figueroa's Judgment and Sentence Must be Vacated

     Because His Speedy Trial Right to a Timely Indictment was

     Violated

4

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law:

<u>See Figueroa's Supporting Memorandum of Law and Statement</u>

<u>of Facts being filed concurrently herewith.</u>

 

 

 

 

B.    Ground two <u>Figueroa is Entitled to a De Novo Resentencing</u>

<u>and Hearing on His Motion to Dismiss for Speedy Indictment</u>

<u>Purposes Because the District Court Failed to Renew It's</u>

<u>Inquiry Whether Figueroa Desired Counsel at His Sentencing</u>

<u>Proceeding.</u>

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

<u>See Figueroa's Supporting Memorandum of Law and Statement</u>

<u>of Facts being filed concurrently herewith.</u>

 

 

 

 

C.    Ground three <u>Figueroa is Entitled to a De Novo Appeal</u>

<u>Because Figueroa was Denied His Right to Counsel on Appeal.</u>

5

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

<u>See Figueroa's Supporting Memorandum of Law and Statement</u>

<u>of Facts being filed concurrently herewith.</u>

6

D.   Ground four_____

_____

Supporting FACTS (tell your story briefly without citing cases or law:

_____

_____

_____

_____

_____

15.  If any of the grounds listed in 14 A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:
None - See Supporting Memorandum of Law_____

_____

_____

16.  Do you have any petition or appeal now pending in any court as to the judgment under attack?   Yes (  )      No (X)

     (A)  If **YES,** state the name of the court and the nature of the proceeding:_____

     _____

     _____

17.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

     (A)  At preliminary hearing: Jennifer S. Vollen, 55 East
          Monroe Street, Suite 2800, Chicago, IL 60603

     (B)  At arraignment and plea: Catherine D. O'Daniel, 833
          West Jackson, Suite 200, Chicago, IL 60607

7

(C)  At trial: Nathan Diamond Falk, 820 West Jackson Blvd.,
     Suite 310, Chicago, IL 60607
     After trial but before sentencing: Andrea E. Gambino,
     53 West Jackson Blvd., Suite 926, Chicago, IL 60604 &
     Michael Leonard, 123 North Wacker Drive, Suite 1800,
     Chicago, IL 60606

(D)  At sentencing: None


(E)  On appeal: None


(F)  In any post-conviction proceeding: William Mallory
     Kent, 1932 Perry Place, Jacksonville, FL 32207

(G)  On appeal from any adverse ruling in a post-conviction
     proceeding


18.  Were you sentenced on more than one count of an indictment,
     or more than one indictment, in the same court and at
     approximately the same time?      Yes (  )   No (X)

19.  Do you have any future sentence to serve after you complete
     the sentence imposed by the judgment under attack?
                         Yes (  )          No (X)

     (A)  If so, give the name and location of the court which
          imposed the sentence to be served in the future:


     (B)  And give the date and length of sentence to be served
          in the future:


8

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_Will M. Kent_

Signature of attorney (if any)

_Ahy al Keo_

Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/26___ ___2007___

(date)

_Ahy at lip._

Signature of Movant

Z:\Client Matters\Figueroa, Angel\Pleadings\Figueroa, Angel - 2255 Form.wpd