

# THE LAW OFFICE OF
# WILLIAM MALLORY KENT
1932 PERRY PLACE
JACKSONVILLE, FLORIDA 32207

CRIMINAL DEFENSE
IN FEDERAL AND STATE COURTS
TRIAL - APPEAL - POST-CONVICTION RELIEF

TELEPHONE (904) 398-8000
FAX (904) 348-3124
EMAIL KENT@WILLIAMKENT.COM

**By FedEx**

November 6, 2007

Clerk of the U.S. District Court
Northern District of Illinois
219 Dearborn Street
Chicago, IL 60604

**F I L E D**

NOV 0 7 2007
NOV 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: *United States of America v. Angel Figueroa*
    Case No: 1:02-cr-416-3
    Civil Case No:

**07CV6321
JUDGE ANDERSEN
MAG. JUDGE KEYS**

Dear Sir/Madam:

Enclosed you will find the original and two (2) copies of a *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody* along with the original and two (2) copies of *Figueroa's Statement of Facts and Memorandum of Law in Support of Figueroa's Petition Filed Under 28 U.S. C. § 2255* for filing.

Mr. Kent has filed an application to appear *pro hac vice* which shows as Doc. 262 in the criminal matter.

If you have any questions, please feel free to contact the office. Your assistance with this matter is greatly appreciated.

Sincerely,

Susan C. Davis
Secretary to William Mallory Kent

Enclosures
cc: Office of the U.S. Attorney
    Angel Figueroa