# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

United States

                    Plaintiff,

v.                                          Case No.: 1:07–cv–06321
                                            Honorable Wayne R. Andersen

Angel Figueroa

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2007:

        MINUTE entry before Judge Wayne R. Andersen :Defendant's motion to vacate, set aside, or correct sentence by a person in Federal Custody [1] is briefed as follows: Responses due by 12/14/2007. Replies due by 1/11/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.