# Attachment A

KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00416-3

Case title: USA v. Alvarez, et al

Date Filed: 09/24/2002
Date Terminated: 07/07/2006

Assigned to: Hon. Wayne R. Andersen

Appeals court case number: '06-3022'
'7thCircuit'

**Defendant**

**Angel Figueroa** (3)
*TERMINATED: 07/07/2006*

represented by **Angel Figueroa**
#14503-424
Elkton
P.O. Box 10
Lisbon, OH 44432
PRO SE

**Andrea Elizabeth Gambino**
Law Offices of Andrea E. Gambino
53 West Jackson Boulevard
Suite 926
Chicago, IL 60604
(312)322-0014
Email: aegambino13@aol.com
*TERMINATED: 09/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer S Vollen**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
*TERMINATED: 03/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**William Mallory Kent**
Law Office of William Mallory Kent

1932 Perry Place
Jacksonville, FL 32207
904 398 8000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Catharine D. O'Daniel**
Law Office of Catharine O'Daniel
833 West Jackson
Suite 200
Chicago, IL 60607
(312) 334-3123
Email: co1117@aol.com
*TERMINATED: 03/24/2003*

**Michael Irving Leonard**
Meckler, Bulger & Tilson
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312)474-7900
Email: michael.leonard@mbtlaw.com
*TERMINATED: 05/05/2006*

**Nathan Diamond Falk**
Law Office of Nathan Diamond Falk
820 West Jackson Boulevard
Suite 310
Chicago, IL 60607
(312) 466-9450
*TERMINATED: 03/23/2004*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uniterrupted term of two hundred forty (240) months. Upon release from imprisonment the defendant shall be on supervised release for the periods specified for each count of conviction. The defendant is sentenced on all count (s) of conviction, namely, count(s) one (1) to a period of five (5) years of supervised release, said periods to run concurrent. Mandatory conditions of |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS and 18:2 CONSPIRACY (1) | |

supervised release. Standard conditions of supervised release. Schedule of payments. The defendant is immediately remanded to the custody of the United States Marshal.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:841G=CP.F CONTROLLED SUBSTANCE - POSSESSION and 18:2 CONSPIRACY (2) | Mistrial declared on count two(2). |
| 18:924B.F PENALTIES FOR FIREARMS (4) | Judgment of acquittal as to count four (4) of the indictment. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **United States of America** | represented by | **Monika Bickert** |
| --- | --- | --- |

United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: monika.bickert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**Probation Department**
.

408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Valarie Hays**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 861-2000
Email: valarie.hays@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2002 | | DEFENDANT Angel Figueroa arrested (emd) (Entered: 05/03/2002) |
| 04/30/2002 | 1 | COMPLAINT Hon. Ian H. Levin (emd) (Entered: 05/03/2002) |
| 04/30/2002 | 4 | MINUTE ORDER of 4/30/02 by Hon. Ian H. Levin as to Angel Figueroa: Initial appearance proceedings held. Defendant appears in response to arrest on 4/30/02. Defendant informed of his rights. Enter order appointing Jennifer Vollen as counsel for defendant. Detention/preliminary examination set for 5/3/02 at 9:30. Mailed notice (emd) (Entered: 05/03/2002) |
| 04/30/2002 | 8 | APPEARANCE of Attorney for Angel Figueroa by Jennifer S Vollen (emd) (Entered: 05/03/2002) |
| 04/30/2002 | 9 | ORDER appointing counsel as to Angel Figueroa (emd) (Entered: 05/03/2002) |
| 05/03/2002 | 12 | MINUTE ORDER of 5/3/02 by Hon. Ian H. Levin as to Angel Figueroa : Preliminary examination hearing held. Enter a finding of probable cause; order defendant bound to the U.S. District Court for further proceedings. Detention hearing held. The court finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community. Order defendant detained. Mailed notice (emd) (Entered: 05/08/2002) |
| 05/03/2002 | 13 | APPEARANCE of Attorney for Angel Figueroa by Catharine D. O'Daniel (emd) (Entered: 05/09/2002) |
| 07/10/2002 | 20 | MOTION by Angel Figueroa to reconsider detention order ; (Attachments); Notice (pmp) (Entered: 07/15/2002) |
| 07/15/2002 | 21 | MINUTE ORDER of 7/15/02 by Hon. Charles P. Kocoras as to Angel Figueroa : Defendant's motion to reconsider detention order [20-1] entered by Matgistrate Judge Levin is entered and continued to 07/16/2002 at 10:00 a.m. Mailed notice (pmp) (Entered: 07/15/2002) |
| 07/16/2002 | 24 | MINUTE ORDER of 7/16/02 by Hon. Charles P. Kocoras as to Angel Figueroa : Defendant's motion to reconsider detention order enter by |

| | | Magistrate Judge Levine is granted. [20-1] Counsel to prepare an order setting conditions of release for the court's approval. So ordered. Mailed notice (pmp) (Entered: 07/17/2002) |
|---|---|---|
| 07/18/2002 | 25 | ORDER by Hon. Charles P. Kocoras setting conditions of release for Angel Figueroa in the amount of $555,000 surety Report to Pretrial Services: (For further details see order) (pmp) (Entered: 07/18/2002) |
| 07/26/2002 | 26 | SECOND motion by USA for extension of time in which to return indictment as to defendant Guillermo R Alvarez, Noberto Rodriguez and Angel Figueroa Modified on 1/19/2006 (pmp, ). (Entered: 07/29/2002) |
| 07/26/2002 | 207 | MINUTE entry before Judge Ruben Castillo as to all defendants: Government's second motion for extension of time in which to return indictment is granted. (Enter order) It is ordered that the time within which to file an indictment or information is extended to and including 09/30/2002. From today's date until 09/30/2002 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). The Clerk is directed to seal the government's second motion, order and minute order under seal until further court order. Mailed notice (pmp, ) (Entered: 01/19/2006) |
| 07/26/2002 | 208 | ORDER as to Guillermo R Alvarez, Noberto Rodriguez and Angel Figueroa. Signed by Judge Ruben Castillo on 7/26/02. (pmp, ) (Entered: 01/19/2006) |
| 09/24/2002 | 27 | INDICTMENT Counts filed against Guillermo R Alvarez (1) count(s) 1, 2, Noberto Rodriguez (2) count(s) 1, 3 and Angel Figueroa (3) count(s) 1, 2, 4 (pmp) (Entered: 09/25/2002) |
| 09/24/2002 | 28 | DESIGNATION SHEET Felony Category II (pmp) (Entered: 09/25/2002) |
| 09/24/2002 | 29 | MINUTE ORDER of 9/24/02 by Hon. Morton Denlow as to defendants: Bond set by magistrate to stand as bond in this instance as to all defendants. No notice (pmp) (Entered: 09/25/2002) |
| 09/25/2002 | 30 | ARRAIGNMENT NOTICE: Before Hon. Ian H. Levin as to defendants: Arraignment and plea set for Wednesday, 10/02/2002 at 11:30 a.m. before Magistrate Judge Levin in courtroom 1342 for Judge Andersen. Mailed notice (pmp) (Entered: 09/25/2002) |
| 10/02/2002 | 33 | MINUTE ORDER of 10/2/02 by Hon. Ian H. Levin as to Angel Figueroa : Arraignment held. Defendant informed of his rights. Defendant enters a plea of not guilty to all counts. Parties advised the court that discovery has been exchanged. Pretrial motions to be filed by 10/16/2002. Status hearing before Judge Andersen is set for 10/22/2002 at 9:45 a.m. Time is excluded pursuant to 18:3161(1)(h)(F). No notice (pmp) (Entered: 10/03/2002) |
| 10/04/2002 | 34 | MINUTE ORDER of 10/4/02 by Hon. Wayne R. Andersen as to Guillermo R Alvarez and Angel Figueroa : Status hearing re-set for 10/29/2002 at 9:45 a.m. Status hearings set for 10/22/2002 are stricken. Time is hereby excluded to 10/29/2002 pursuant to 18:3161(h)(1)(F) |

| | | |
|---|---|---|
| | | Mailed notice (pmp) (Entered: 10/07/2002) |
| 10/21/2002 | 36 | EMERGENCY motion by USA to revoke defendant Figueroa's bond and to detain him pending trial as to defendant Angel Figueroa ; Notice (pmp) (Entered: 10/22/2002) |
| 10/29/2002 | 37 | MINUTE ORDER of 10/29/02 by Hon. Wayne R. Andersen as to defendants: Status hearing held and continued to 12/4/02 at 8:30am. The Court allows early return of trial subpoenas. Time is hereby excluded to 12/4/02 pursuant to 18:3161(h)(1)(F), (h)(1)(I). No notice (emd) (Entered: 10/30/2002) |
| 10/29/2002 | 38 | MINUTE ORDER of 10/29/02 by Hon. Wayne R. Andersen as to Angel Figueroa : Hearing on motion to revoke bond [36-1] and to detain defendant pending trial [36-2] held and continued to 11/4/02 at 1:00pm. No notice (emd) (Entered: 10/30/2002) |
| 11/04/2002 | 39 | MINUTE ORDER of 11/4/02 by Hon. Wayne R. Andersen as to Angel Figueroa : Continued hearing on motion to revoke bond [36-1] and to detain him pending trial [36-2] is stricken. No notice (las) (Entered: 11/05/2002) |
| 02/28/2003 | 48 | APPEARANCE of Attorney for Angel Figueroa by Nathan Diamond Falk (pmp) (Entered: 03/03/2003) |
| 03/12/2003 | 50 | MOTION by Angel Figueroa to enlarge conditions of bond (Attachment); Notice (yap) (Entered: 03/25/2003) |
| 03/18/2003 | | ORAL motion by Angel Figueroa to enlarge conditions of bond (pmp) (Entered: 03/24/2003) |
| 03/18/2003 | 49 | MINUTE ORDER of 3/18/03 by Hon. Wayne R. Andersen as to Angel Figueroa : Defendant's oral motion to enlarge conditions of bond is granted in part and denied in part. [0-1] Defendant will be allowed to work at one of the restaurants owned by his brother, Juan Carlos Figueroa, seven days a week from 11:00 a.m. until 10:00 p.m. Defendant will be allowed to work at the restaurant once a separate phone line is activated at the restaurant and a second electronic monitoring devices is set up at the restaurant. Defendant will bear the costs of the second electronic monitoring devices that will be installed at his brother's restaurant. (Enter order) Mailed notice (pmp) (Entered: 03/24/2003) |
| 03/18/2003 | 52 | SUBSTITUTION of attorneys regarding Angel Figueroa (yap) (Entered: 03/25/2003) |
| 03/24/2003 | 51 | MINUTE ORDER of 3/24/03 by Hon. Wayne R. Andersen as to Angel Figueroa: Enter substitution of attorneys. Nathan Diamond-Falk is given leave to file his appearance and Catherine O'Daniel is given leave to withdraw her appearance. withdrawing attorney Catharine D. O'Daniel for Angel Figueroa and substituting attorney Mailed notice (yap) (Entered: 03/25/2003) |
| 07/29/2003 | 59 | MINUTE ORDER of 7/29/03 by Hon. Wayne R. Andersen as to Guillermo R Alvarez and Angel Figueroa : Status hearing re-set for |

| | | |
|---|---|---|
| | | 9/2/2003 at 10:30 a.m. Time is hereby excluded to 9/2/2003 pursuant to 18:3161(h)(1)(F). Jury trial set for 9/2/2003 is stricken. Mailed notice (pmp) (Entered: 07/31/2003) |
| 09/02/2003 | 60 | MINUTE ORDER of 9/2/03 by Hon. Wayne R. Andersen as to Guillermo R Alvarez and Angel Figueroa : Status hearing held and continued to 02/03/2004 at 10:30 a.m. Jury trial set for 09/02/2003 is stricken and reset to 03/15/2004 at 9:30 a.m. Time is hereby excluded to 03/15/2004 pursuant to 18:3161 (h)(1)(F). Mailed notice (pmp) (Entered: 09/03/2003) |
| 09/10/2003 | 61 | INFORMATION and notice by USA pursuant to 21 USC 851; Notice. (emd) (Entered: 09/11/2003) |
| 09/25/2003 | 62 | TRANSCRIPT of proceeding as to Angel Figueroa held before Hon. Wayne R. Andersen on 10/29/2002 (pmp) (Entered: 09/25/2003) |
| 11/20/2003 | 63 | MOTION by Angel Figueroa to modify conditions of bond ; Notice (pmp) (Entered: 12/04/2003) |
| 11/24/2003 | 64 | RESPONSE by USA to defendant's Angel Figueroa's motion to modify conditions of bond [63-1] and government's motion to detain him pending trial as to defendant Angel Figueroa [36-2]; Notice (pmp) (Entered: 12/04/2003) |
| 12/02/2003 | 65 | MINUTE ORDER of 12/2/03 by Hon. Wayne R. Andersen as to Angel Figueroa : Defendant's motion to modify conditions of bond [63-1] is taken under advisement. No notice (pmp) (Entered: 12/04/2003) |
| 12/17/2003 | 66 | MINUTE ORDER of 12/17/03 by Hon. Wayne R. Andersen as to Angel Figueroa : Sentencing set for 01/08/2004 at 10:00 a.m. Mailed notice (pmp) (Entered: 12/19/2003) |
| 01/08/2004 | 67 | MINUTE ORDER of 1/8/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Status hearing held and continued to 02/03/04 at 10:00 a.m. Motions [63-1], [50-1], [36-1] and [36-2] are taken under advisement. Jury trial set for 03/15/04 at 9:30 a.m. Time is hereby excluded to 03/15/04 pursuant to 18:3161(h)(1)(F). No notice (pmp) (Entered: 01/15/2004) |
| 01/15/2004 | 68 | TRANSCRIPT of proceeding as to Angel Figueroa held before Hon. Charles P. Kocoras on 07/15/2002 (pmp) (Entered: 01/15/2004) |
| 01/15/2004 | 69 | SEALED document consisting of transcripts-7/16/02 as to Angel Figueroa (pmp) (Entered: 01/16/2004) |
| 01/21/2004 | 70 | MINUTE ORDER of 1/21/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Motion to modify conditions of bond is denied [63-1] Mailed notice (pmp) (Entered: 01/23/2004) |
| 01/29/2004 | 71 | MINUTE ORDER of 1/29/04 by Hon. Wayne R. Andersen as to Guillermo R Alvarez and Angel Figueroa : Status hearing re-set for 02/05/2004 at 10:00 a.m. Status hearing set for 02/03/2004 is stricken. Judge Andersen has changed his schedule from Tuesdays to Thursdays |

| | | now. Time is hereby excluded to 02/05/2004 pursuant to 18:3161(h)(1)(F). Mailed notice (pmp) (Entered: 01/30/2004) |
|---|---|---|
| 02/05/2004 | 72 | MINUTE ORDER of 2/5/04 by Hon. Wayne R. Andersen as to defendants: Status hearing held. Motions in limine to be filed by 02/20/2004. Pretrial conference set for 03/03/2004 at 9:30 a.m. Mailed notice (pmp) (Entered: 02/10/2004) |
| 02/12/2004 | 73 | MINUTE ORDER of 2/12/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Motion to enlarge conditions of bond is denied without prejudice. [50-1] Motion to revoke defendant Figueroa's bond is denied. [36-1] No notice (pmp) (Entered: 02/13/2004) |
| 02/18/2004 | 74 | CONSOLIDATED response by USA to defendant Angel Figueroa motions in limine (pmp) (Entered: 02/19/2004) |
| 02/20/2004 | 78 | MOTION by Angel Figueroa to modify conditions of bond and request to compel subordination ; (Attachments); Notice (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 79 | MOTION by Angel Figueroa in limine to prohibit statements made (1) during all proffer sessions and (2) before the Grand Jury on Tuesday 08/06/2003 ; Notice (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 80 | MOTION by Angel Figueroa to require notice of intention to use other crimes, wrongs or acts as evidence (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 81 | MOTION by Angel Figueroa for disclosure of identities of informants (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 82 | MOTION by Angel Figueroa for pretrial production of materials pursuant to the Federal Rules of Evidence (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 83 | MOTION by Angel Figueroa for disclosure of favorable evidence (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 84 | MOTION by Angel Figueroa for disclosure of impeaching and exculpatory information (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 85 | MEMORANDUM of law by Angel Figueroa in support of motion for exculpatory information [84-1]; Notice (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 86 | MOTION by Angel Figueroa for early return of trial subpoenas (pmp) (Entered: 03/02/2004) |
| 02/20/2004 | 87 | MOTION by Angel Figueroa for a bill of particulars (pmp) (Entered: 03/02/2004) |
| 02/23/2004 | 88 | MOTION by USA to increase defendant's bond based on newly obtained information as to defendant Angel Figueroa ; Notice (pmp) (Entered: 03/02/2004) |
| 02/23/2004 | 89 | RESPONSE by USA to defendnant's Angel Figueroa's motion to modify conditions of bond [78-1] and motion request to compel subordination [78-2] (pmp) (Entered: 03/02/2004) |

| 02/25/2004 | 75 | MOTION by Angel Figueroa for a bill of particulars ; Notice (pmp) (Entered: 02/26/2004) |
|---|---|---|
| 02/26/2004 | 90 | MINUTE ORDER of 2/26/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Motions to increase defendant's bond based on newly obtained information as to defendant Angel Figueroa [88-1] and motion to modify conditions of bond [78-1] are entered and continued to 03/05/2004 at 10:31 a.m. No notice (pmp) (Entered: 03/02/2004) |
| 02/27/2004 | 76 | TRANSCRIPT of proceeding as to Angel Figueroa held before Hon. Wayne R. Andersen on 02/12/04 (pmp) (Entered: 02/27/2004) |
| 02/27/2004 | 77 | CONSOLIDATED response by USA to defendant Angel Figueroa's pretrial motions for a bill of particulars [75-1]; (Attachments) (pmp) (Entered: 03/01/2004) |
| 03/04/2004 | 91 | MOTION by USA in limine to preclude references to Noberto Rodriguez's prior arrests and his prior conviction and in limine to preclude references to Rodriguez's employment history as to defendant Angel Figueroa (pmp) (Entered: 03/05/2004) |
| 03/05/2004 | 92 | MINUTE ORDER of 3/5/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Pretrial conference held and continued to 03/09/04 at 1:30 p.m. Motions to increase defendant's bond based on newly obtained information [88-1] and motion to modify conditions of bond [78-1] are continued to 03/09/04 at 1:30 p.m. No notice (pmp) (Entered: 03/09/2004) |
| 03/10/2004 | 95 | APPLICATION and affidavit by USA for search warrant as to defendant Angel Figueroa . (Attachments) (pmp) (Entered: 03/11/2004) |
| 03/10/2004 | 96 | MINUTE ORDER of 3/10/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Application for search warrant as to defendant Angel Figueroa is granted. [95-1] Search warrant issued. No notice (pmp) (Entered: 03/11/2004) |
| 03/10/2004 | 97 | SUPPLEMENT by Angel Figueroa to motion in limine; (Attachments); Notice (pmp) (Entered: 03/11/2004) |
| 03/11/2004 | 98 | PROPOSED Voir Dire Questions by Angel Figueroa; Notice (pmp) (Entered: 03/12/2004) |
| 03/11/2004 | 99 | MOTION by Angel Figueroa in limine to prohibit the introduction into evidence that which was seized from 6251 N Nordica, Chicago, Il ; Notice (pmp) (Entered: 03/12/2004) |
| 03/12/2004 | 117 | MOTION by Angel Figueroa for continuance of trial ; (Attachments); Notice (pmp) (Entered: 04/05/2004) |
| 03/15/2004 | 100 | MINUTE ORDER of 3/15/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Motion to continued trial is denied. Voir dire begins. Trial-jury begins. Trial held and continued to 03/16/04 at 9:00 a.m. No notice (pmp) (Entered: 03/16/2004) |
| | | |

| 03/15/2004 | 101 | RESPONSE by USA to defendant Angel Figueroa' motion in limine to suppress evidence seized from defendant's Chevrolet Avalanche; Notice (pmp) (Entered: 03/16/2004) |
| --- | --- | --- |
| 03/16/2004 | 102 | MINUTE ORDER of 3/16/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Jury trial held and continued to 03/17/04 at 9:00 a.m. No notice (pmp) (Entered: 03/19/2004) |
| 03/17/2004 | 103 | MINUTE ORDER of 3/17/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Jury trial held and continued to 03/18/04 at 1:00 p.m. No notice (pmp) (Entered: 03/19/2004) |
| 03/18/2004 | 104 | MINUTE ORDER of 3/18/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Jury trial held and continued to 3/19/04 at 9:00 a.m. No notice (pmp) (Entered: 03/19/2004) |
| 03/19/2004 | 105 | MINUTE ORDER of 3/19/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Jury deliberations held and continued to 03/22/04 at 11:00 a.m. No notice (pmp) (Entered: 03/23/2004) |
| 03/23/2004 | 106 | JURY notes as to Angel Figueroa (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | 107 | JURY notes as to Angel Figueroa (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | 108 | JURY notes as to Angel Figueroa (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | 109 | COURT jury notes as to Angel Figueroa (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | 110 | VERDICT as to Angel Figueroa (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | | ORAL motion by USA for detention as to defendant Angel Figueroa (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | 111 | MINUTE ORDER of 3/23/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Trial jury held. Trial jury ends. Jury deliberation concluded. Jury enters a verdict of guilty as to count one (1). 1 A verdict of not guilty as to count four (4). No verdict was entered on count two (2). The court declares a mistrial on count two(2). The government's oral motion for detention [0-1] is granted. Order cause referred to the Probation Office for presentence investigation. Defendant's Rule 29 motion is denied. No notice (pmp) (Entered: 03/24/2004) |
| 03/23/2004 | 112 | MINUTE ORDER of 3/23/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Status hearing set for 04/27/2004 at 9:00 a.m. Post trial motions due on or before 04/27/04. Bond security may be released. Sentencing set for 7/22/04 at 10:30 a.m. No notice (pmp) (Entered: 03/24/2004) |
| 03/24/2004 | 114 | SEARCH Warrant returned executed as to Angel Figueroa 3/23/04 (pmp) (Entered: 03/24/2004) |
| 04/07/2004 | 120 | AGREED motion by USA to exonerate bond as to defendant Angel Figueroa ; (Attachments); Notice (pmp) (Entered: 04/23/2004) |
| 04/22/2004 | 122 | MINUTE ORDER of 4/22/04 by Hon. Wayne R. Andersen as to Angel |

| | | |
|---|---|---|
| | | Figueroa :Motion to exonerate bond as to defendant Angel Figueroa is granted. [120-1] It is hereby ordered, directed and adjudged: That, as the defendant is now in custody following his conviction, the security for the bond is no longer required and the court orders the bond exonerated. That, the quit claims deed executed in favor of the United States currently held in the custody of the Clerk of the United States District Court, Northern Illinois, shall be destroyed. That any liens or other encumbrances lodged against the real properties shall be released. The court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order. (Enter order exonerating bond) Mailed notice (pmp) (Entered: 04/23/2004) |
| 04/22/2004 | 123 | MINUTE ORDER of 4/22/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Status hearing set for 04/27/2004 is stricken. On the government's own motion count two (2) is hereby dismissed. Mailed notice (pmp) (Entered: 04/23/2004) |
| 04/27/2004 | 125 | MOTION by Angel Figueroa for a new trial ; Notice (pmp) (Entered: 04/28/2004) |
| 07/16/2004 | 128 | TRANSCRIPT of proceeding as to Guillermo R Alvarez, Noberto Rodriguez and Angel Figueroa held before Hon. Ian H. Levin on 05/03/2002 (pmp) (Entered: 07/19/2004) |
| 07/21/2004 | 129 | MOTION by Angel Figueroa to set bond pending appeal ; Notice (pmp) (Entered: 07/22/2004) |
| 07/22/2004 | 130 | MOTION by Angel Figueroa to set bond pending sentencing (meg) (Entered: 07/23/2004) |
| 07/22/2004 | 131 | MINUTE ORDER of 7/22/04 by Hon. Wayne R. Andersen as to Angel Figueroa : Motion to set bond pending sentencing file in open court. The government to file a response to the motion regarding Blakely on or before 8/20/04. Status hearing held. Mailed notice (meg) (Entered: 07/23/2004) |
| 07/29/2004 | 132 | MOTION by Angel Figueroa to set bond pending sentencing (pmp) (Entered: 07/29/2004) |
| 07/29/2004 | 133 | BRIEF and argument by Angel Figueroa in support of motion to set bond pending sentencing [132-1] (pmp) (Entered: 07/29/2004) |
| 07/29/2004 | 134 | MOTION by Angel Figueroa to strike indictment from presentence investigation report (pmp) (Entered: 07/29/2004) |
| 07/29/2004 | 135 | AMENDED motion by Angel Figueroa for a new trial (pmp) (Entered: 07/29/2004) |
| 07/29/2004 | 136 | MOTION by Angel Figueroa for judgment of acquittal ; Notice (pmp) (Entered: 07/29/2004) |
| 08/06/2004 | 138 | DESIGNATION OF ATTORNEY Monika Bickert as US Attorney (pmp) (Entered: 08/09/2004) |

| 08/30/2004 | 139 | MOTION by USA to file nunc pro tunc its consolidated response to defendant's post-trial motions as to defendant Angel Figueroa ; Notice (pmp) (Entered: 08/31/2004) |
| 08/30/2004 | 140 | CONSOLIDATED response by USA to defendant Angel Figueroa's post-trial motions to set bond pending appeal [129-1]; Notice (pmp) (Entered: 08/31/2004) |
| 08/31/2004 | 141 | MOTION by Angel Figueroa for immediate release ; Notice (pmp) (Entered: 09/01/2004) |
| 10/08/2004 | 144 | TRANSCRIPT of proceeding as to Angel Figueroa held before Hon. Wayne R. Andersen on 03/15/04, 03/16/04, 03/17/04, 03/18/04, 03/19/04, 03/22/04 and 03/23/04. (7 vols) [144-1 thru 144-7] (pmp) (Entered: 10/12/2004) |
| 10/15/2004 | 145 | RELEASE of forfeiture agreement by USA as to Angel Figuero (pmp) (Entered: 10/18/2004) |
| 10/15/2004 | 146 | RELEASE of forfeiture agreement by USA as to Angel Figueroa (pmp) (Entered: 10/18/2004) |
| 11/22/2004 | 147 | MOTION by Angel Figueroa to inspect Grand Jury minutes and vote record ; Notice (pmp) (Entered: 11/23/2004) |
| 12/21/2004 | 149 | MOTION by Angel Figueroa to reconsider bond pending sentencing (Attachments); Notice. (emd) (Entered: 12/29/2004) |
| 12/22/2004 | 148 | REFERRAL ORDER of 12/22/04 Referring Angel Figueroa to Hon. Ian H. Levin pursuant to Local Rule 72.1: Conduct necessary poceedings and issue report and recommendation on: Motion to reconsider bond. (For further details see order) Mailed notice (pmp) (Entered: 12/22/2004) |
| 12/28/2004 | 150 | MINUTE ORDER of 12/28/04 by Hon. Ian H. Levin as to Angel Figueroa : Enter report and recommendation recommending that defendant's Figueroa's motion for reconsideration of bond be denied for the reasons stated of record is hereby entered of record. Defendant's oral motion to allow defendant to remain at MCC is denied. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Terminating referral of Angel Figueroa to Hon. Ian H. Levin for Angel Figueroa, Mailed notice (emd) (Entered: 12/29/2004) |
| 01/28/2005 | 151 | MOTION by Angel Figueroa to reconsider detention pending sentencing and appeal150; Exhibits. (amb, ) (Entered: 02/01/2005) |
| 01/28/2005 | 152 | NOTICE of Motion for presentment of motion for reconsideration151 before Honorable Wayne R. Andersen on 2/3/2005 at 10:00 AM. (amb, ) (Entered: 02/01/2005) |
| 02/03/2005 |  | ORAL motion as to Angel Figueroa to withdraw as counsel Nathan Diamond-Falk (pmp, ) (Entered: 02/08/2005) |
| 02/03/2005 | 153 | MINUTE entry before Judge Wayne R. Andersen : Defendant's 151 |

| | | motion for reconsideration of bond is entered and continued to 02/04/05 at 11:00 a.m. Nathank Diamond-Falk's oral motion to withdraw [0] is granted. Andrea Gambino is given leave to file her appearance on behalf of defendant. (pmp, ) (Entered: 02/08/2005) |
|---|---|---|
| 02/04/2005 | 154 | MINUTE entry before Judge Wayne R. Andersen : Moiton 151 is entered and continued to 02/17/05 at 10:00 a.m. (pmp, ) (Entered: 02/09/2005) |
| 02/17/2005 | 155 | MINUTE entry before Judge Wayne R. Andersen : Motion [151-1] is stricken and reset to 02/24/05 at 10:00 a.m. Telephone notice (pmp, ) (Entered: 02/22/2005) |
| 02/22/2005 | 156 | EXHIBITS by Angel Figueroa (pmp, ) (Entered: 02/25/2005) |
| 02/22/2005 | 157 | SUPPLEMENT by Angel Figueroa to prevoiusly filed post-trial motions 136, 125 and 135; Notice (pmp, ) (Entered: 03/02/2005) |
| 03/04/2005 | 158 | MOTION by Angel Figueroa for return to MCC to prepare for sentencing and see family members (gma, ) (Entered: 03/07/2005) |
| 03/04/2005 | 159 | NOTICE of Motion for presentment of MOTION by Angel Figueroa for return to MCC to prepare for sentencing and see family members 158 before Honorable Wayne R. Andersen on 3/10/2005 at 10:00 AM. (gma, ) (Entered: 03/07/2005) |
| 03/08/2005 | 160 | TRANSCRIPT of proceedings for the following dates: 12/28/04; Before the Honorable Ian H. Levin as to Angel Figueroa (pmp, ) (Entered: 03/09/2005) |
| 03/10/2005 | 161 | MINUTE entry before Judge Wayne R. Andersen : Motion 158 is denied without prejudice as to Angel Figueroa. No notice (pmp, ) (Entered: 03/14/2005) |
| 03/24/2005 | 162 | MOTION by Angel Figueroa for return to MCC to prepare for sentencing, or for immediate release, and to reset sentencing (gma, ) (Entered: 03/24/2005) |
| 03/24/2005 | 163 | NOTICE of Motion for presentment of MOTION by Angel Figueroa for return to MCC to prepare for sentencing, or for immediate release, and to reset sentencing 162 before Honorable Wayne R. Andersen on 4/14/2005 at 10:00 AM. (gma, ) (Entered: 03/24/2005) |
| 03/31/2005 | 164 | MOTION by Angel Figueroa to dismiss false indictment prosecutional misconduct and immediate release. (emd, ) (Entered: 04/05/2005) |
| 04/14/2005 | 165 | MINUTE entry before Judge Wayne R. Andersen : Motions [162 and 164] are entered and continued to 04/18/05 at 1:30 p.m. Government to file response on or before 4/14/05. No notice (pmp, ) (Entered: 04/19/2005) |
| 04/15/2005 | 166 | RESPONSE by United States of America as to Angel Figueroa to defendant's motion to dismiss false indictment prosecutorial misconduct and immediate release 164 (pmp, ) (Entered: 04/21/2005) |
| 04/18/2005 | 167 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: |

| | | |
|---|---|---|
| | | Sentencing hearing held and continued to 7/11/05 at 9:30 a.m. Any motions to be filed on or before 6/20/05. Status hearing set for 6/23/05 at 10:00 a.m. Mailed notice (las, ) (Entered: 06/13/2005) |
| 06/28/2005 | 180 | SECOND SENTENCING MEMORANDUM as to Angel Figueroa; Notice;(Exhibits) (pmp, ) Modified on 7/1/2005 (pmp, ). (Entered: 07/01/2005) |
| 07/06/2005 | 181 | MINUTE entry before Judge Wayne R. Andersen : Sentencing set for 07/11/05 is stricken and reset to 9/19/2005 at 01:30 PM. Mailed notice (pmp, ) (Entered: 07/07/2005) |
| 07/06/2005 | 189 | MINUTE entry before Judge Wayne R. Andersen : Sentencing set for 7/11/05 is stricken and reset to 9/19/05 at 1:30pm. Mailed notice (emd, ) (Entered: 09/12/2005) |
| 07/18/2005 | 182 | SECOND MOTION by Angel Figueroa to reconsider detention pending sentencing and appeal (gma, ) (Entered: 07/19/2005) |
| 07/18/2005 | 183 | NOTICE of Motion by Andrea Elizabeth Gambino for presentment of SECOND MOTION by Angel Figueroa to reconsider detention pending sentencing and appeal 182 before Honorable Wayne R. Andersen on 7/21/2005 at 10:00 AM. (gma, ) (Entered: 07/19/2005) |
| 07/28/2005 | 186 | MINUTE entry before Judge Wayne R. Andersen : Motion 182 to reconsider detention pending sentencing and appeal is denied for the reasons stated in our 6/2/05 opinion. Mailed notice (emd, ) (Entered: 07/29/2005) |
| 07/29/2005 | 184 | MOTION by Angel Figueroa for disclosure *of Indictment Read to Grand Jury and Transcript of Reading* (Gambino, Andrea) (Entered: 07/29/2005) |
| 07/29/2005 | 185 | NOTICE of Motion by Andrea Elizabeth Gambino for presentment of motion for disclosure184 before Honorable Wayne R. Andersen on 9/8/2005 at 10:00 AM. (Gambino, Andrea) (Entered: 07/29/2005) |
| 08/11/2005 | 187 | MOTION as to Angel Figueroa to withdraw as attorney Andrea E. Gambino (Gambino, Andrea) (Entered: 08/11/2005) |
| 08/11/2005 | 188 | NOTICE of Motion by Andrea Elizabeth Gambino for presentment of motion to withdraw as attorney187 before Honorable Wayne R. Andersen on 9/8/2005 at 10:00 AM. (Gambino, Andrea) (Entered: 08/11/2005) |
| 09/08/2005 | 190 | MINUTE entry before Judge Wayne R. Andersen : Defendants counsels motion to withdraw as attorney 187 is granted. Andrea Gambino is given leave to withdraw. Mark Barnett and Neil Cohen are given leave to file their appearances. Defendant's pre-sentence motions are due on or before 10/21/05. Government's response is due on or before 11/4/05. Sentencing is set for 12/8/2005 at 10:30 AM. Status hearing is set for 12/1/2005 at 10:00 AM. Mailed notice (emd, ) (Entered: 09/12/2005) |
| 11/04/2005 | 191 | MOTION by Angel Figueroa for continuance of time for which to file |

| | | |
|---|---|---|
| | | pre-sentence motions (emd, ) (Entered: 11/09/2005) |
| 11/15/2005 | 192 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : Defendant's motion for continuance of time for which to file pre-sentence motions is set for 12/01/05 at 10:00 a.m. Mailed notice (pmp, ) (Entered: 11/16/2005) |
| 11/18/2005 | 193 | NOTICE of Motion by Angel Figueroa for presentment of MOTION by Angel Figueroa for continuance of time for which to file pre-sentence motions 191 before Honorable Charles P. Kocoras on 11/22/2005 at 09:30 AM. (gma, ) (Entered: 11/18/2005) |
| 11/22/2005 | | MOTION by Angel Figueroa to inspect Grand Jury minute and vote record (pmp, ) (Entered: 11/23/2005) |
| 11/22/2005 | 194 | MINUTE entry before Judge Charles P. Kocoras as to Angel Figueroa : Motion hearing held on 11/22/05 before Chief Jduge Kocoras. Defendant Figueroa's oral motion to inspect Grand Jury and vote record [0] is denied. As the case is assigned to Judge Andersen furture motions including defendant's motion for continuance of time for which to file presentence motions, shall be noticed before Judge Andersen for hearing. Mailed notice (pmp, ) (Entered: 11/23/2005) |
| 11/28/2005 | 195 | MOTION by Angel Figueroa to withdraw as attorney Neil H. Cohen, Mark Barnett (gma, ) (Entered: 11/28/2005) |
| 11/28/2005 | 196 | NOTICE of Motion by Angel Figueroa for presentment of MOTION by Angel Figueroa to withdraw as attorney Neil H. Cohen, Mark Barnett 195 before Honorable Wayne R. Andersen on 12/1/2005 at 10:00 AM. (gma, ) (Entered: 11/28/2005) |
| 11/29/2005 | 197 | MOTION by Angel Figueroa to provide motion to defendant (pmp, ) (Entered: 12/01/2005) |
| 12/01/2005 | 198 | MINUTE entry before Judge Wayne R. Andersen : Motion to withdraw attorneys, Mark Barnett and Neil H. Cohen 195 is granted. Both attorneys are given leave to withdraw their appearances. Status hearing set for 3/9/2006 at 10:00 AM. Sentencing set for 12/8/05 is stricken. The Court gives the defendant time to file any additional sentencing memorandum on or before 3/1/06. Mailed notice (emd, ) (Entered: 12/05/2005) |
| 12/16/2005 | 199 | MOTION by Angel Figueroa for order returning funds to defendant (pmp, ) (Entered: 12/20/2005) |
| 12/16/2005 | 200 | MOTION by Angel Figueroa to provide original documents for testing ; Exhibits (pmp, ) (Entered: 12/20/2005) |
| 12/22/2005 | 201 | MOTION by Angel Figueroato review sealed and restricted documents as to Guillermo R Alvarez, Noberto Rodriguez, Angel Figueroa (gma, ) (Entered: 12/22/2005) |
| 12/22/2005 | 202 | NOTICE of Motion for presentment of MOTION by Angel Figueroato review sealed and restricted documents as to Guillermo R Alvarez, Noberto Rodriguez, Angel Figueroa 201 before Honorable Wayne R. |

| | | |
|---|---|---|
| | | Andersen on 1/12/2006 at 10:00 AM. (gma, ) (Entered: 12/22/2005) |
| 12/30/2005 | 232 | MOTION by Angel Figueroa for "Kastigar" hearing; Exhibits (pmp, ) (Entered: 04/14/2006) |
| 01/04/2006 | 203 | NOTICE of Motion for presentment of motion to provide motion to defendant; motion for order returning funds to defendant' motion to provide original documents for testing; motion for "Kastigar" hearing and motion to strike 197, 199 and 200 before Honorable Wayne R. Andersen on 01/12/2006 at 10:00 AM. (pmp, ) (Entered: 01/06/2006) |
| 01/06/2006 | 204 | ATTORNEY Appearance for defendant Angel Figueroa by Michael Irving Leonard (Leonard, Michael) (Entered: 01/06/2006) |
| 01/06/2006 | 205 | NOTICE of Filing as to Angel Figueroa regarding notice of attorney appearance - defendant204 (Leonard, Michael) (Entered: 01/06/2006) |
| 01/12/2006 | 206 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Defendant's motion to review sealed and restricted documents 201 is granted. Draft order to follow. Document 26 title "Second motion by USA for extension of time in which to return indictment, excluded time, order and minute order dated 7/26/2002 as to defendants Alvarez, Norberto Rodriguez and Angel Figueroa "Restricted" may be unsealed. Mailed notice (pmp, ) (Entered: 01/19/2006) |
| 01/23/2006 | 209 | MOTION by Angel Figueroato compel *PRODUCTION OF GOVERNMENT?S FIRST MOTION TO EXTEND TIME TO FILE INDICTMENT AND THE ORDER GRANTING THAT MOTION, AND FOR THE ENTRY OF AN ORDER REQUIRING THE CLERK OF COURT TO UNSEAL ALL PRESENTLY SEALED MOTION AND ORDERS* (Leonard, Michael) (Entered: 01/23/2006) |
| 01/23/2006 | 210 | NOTICE of Motion by Michael Irving Leonard for presentment of motion to compel, 209 before Honorable Wayne R. Andersen on 1/26/2006 at 10:00 AM. (Leonard, Michael) (Entered: 01/23/2006) |
| 01/24/2006 | 212 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Enter order to unseal document 26. Mailed notice (las, ) (Entered: 01/26/2006) |
| 01/24/2006 | 213 | ORDER as to Angel Figueroa Signed by Judge Wayne R. Andersen on 1/24/06. (las, ) (Entered: 01/26/2006) |
| 01/25/2006 | 211 | RESPONSE by United States of America as to Angel Figueroa regarding MOTION by Angel Figueroato compel *PRODUCTION OF GOVERNMENT?S FIRST MOTION TO EXTEND TIME TO FILE INDICTMENT AND THE ORDER GRANTING THAT MOTION, AND FOR THE ENTRY OF AN ORDER REQUIRING THE CLERK OF COURT TO UNSEAL ALL PRESENTLY SEALED MOTION AND ORDER209 (Bickert, Monika) (Entered: 01/25/2006)* |
| 01/26/2006 | 214 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Defendant's motion to compel 209 is taken under advisement. Mailed notice (pmp, ) (Entered: 01/31/2006) |

| 02/06/2006 | 215 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : The Clerk of the Court may unseal document 26 in its entirety. Mailed notice (pmp, ) Additional attachment(s) added on 2/7/2006 (pmp, ). (Entered: 02/07/2006) |
| --- | --- | --- |
| 02/07/2006 | 216 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Document entry 206 is amended to read as follows: Motion 201 is granted in part. Document 206 shall be unsealed. Mailed notice (pmp, ) (Entered: 02/08/2006) |
| 02/09/2006 | 224 | MOTION by Angel Figueroa for production of documents and memorandum of law; Exhibits (pmp, ) (Entered: 03/13/2006) |
| 02/14/2006 | 217 | MINUTE entry before Judge Charles P. Kocoras as to Angel Figueroa : Defendant Angel Figueroa's motion 209 to compel productions of government's "First" motion to extend time to file indictment and the order granting that motion and for the entry of an order requiring the Clerk of Court to unseal all presently sealed motion and orders is denied. Mailed notice (pmp, ) (Entered: 02/15/2006) |
| 02/21/2006 | 218 | MOTION by Angel Figueroa for reconsideration re MOTION by Angel Figueroa to compel *PRODUCTION OF GOVERNMENT?S FIRST MOTION TO EXTEND TIME TO FILE INDICTMENT AND THE ORDER GRANTING THAT MOTION, AND FOR THE ENTRY OF AN ORDER REQUIRING THE CLERK OF COURT TO UNSEAL ALL PRESENTLY SEALED MOTION AND ORDER209 Motion to Reconsideration of This Court's February 14, 2006 Order (Leonard, Michael)* (Entered: 02/21/2006) |
| 02/22/2006 | 219 | NOTICE of Motion by Michael Irving Leonard for presentment of motion for reconsideration, 218 before Honorable Charles P. Kocoras on 2/28/2006 at 09:30 AM. (Leonard, Michael) (Entered: 02/22/2006) |
| 02/22/2006 | 220 | NOTICE of Filing Motion for Reconsideration of This Court's February 14, 2006 Order Denying Defendants' Motion to Compel Production of Government's First Motion to Extend Time to File Indictment and for Order Requiring the Unsealing of all Presently Sealed Motions and Orders as to Angel Figueroa regarding MOTION by Angel Figueroa for reconsideration re MOTION by Angel Figueroato compel *PRODUCTION OF GOVERNMENT?S FIRST MOTION TO EXTEND TIME TO FILE INDICTMENT AND THE ORDER GRANTING THAT MOTION, AND FOR THE ENTRY OF AN ORDER REQUIRING THE CLERK OF COURT218, notice of motion219 (Leonard, Michael)* (Entered: 02/22/2006) |
| 02/28/2006 | 221 | MINUTE entry before Judge Charles P. Kocoras as to Angel Figueroa : Motion hearing held on 2/28/06. Defendant Angel Figueroa's motion 218 for reconsideration is denied. Mailed notice (pmp, ) (Entered: 03/01/2006) |
| 03/03/2006 | 222 | MOTION by Angel Figueroa for judgment of acquittal *AND DISMISSAL OF INDICTMENT, OR ALTERNATIVELY FOR A NEW TRIAL, BASED UPON THE GOVERNMENTS FAILURE TO COMPLY WITH THE* |

| | | |
|---|---|---|
| | | *THIRTY-DAY INDICTMENT PROVISIONS OF THE SPEEDY TRIAL ACT* (Leonard, Michael) (Entered: 03/03/2006) |
| 03/03/2006 | 223 | NOTICE of Motion by Michael Irving Leonard for presentment of motion for judgment of acquittal222 before Honorable Wayne R. Andersen on 3/9/2006 at 10:00 AM. (Leonard, Michael) (Entered: 03/03/2006) |
| 03/16/2006 | 225 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Defendant's motion for judgment of acquittal 222 is taken under advisement. The government to respond to the motion by 3/31/06. Oral argument on the motion is set for 4/5/06 at 1:00 p.m. Sentencing is set for 4/17/06 at 1:00 p.m. Mailed notice (pmp, ) (Entered: 03/20/2006) |
| 03/22/2006 | 226 | RESPONSE by United States of America as to Angel Figueroa regarding MOTION by Angel Figueroa for judgment of acquittal *AND DISMISSAL OF INDICTMENT, OR ALTERNATIVELY FOR A NEW TRIAL, BASED UPON THE GOVERNMENTS FAILURE TO COMPLY WITH THE THIRTY-DAY INDICTMENT PROVISIONS OF THE SPEEDY TRIAL ACT*222 (Bickert, Monika) (Entered: 03/22/2006) |
| 03/29/2006 | 227 | REQUESET by Angel Figueroa for decision (pmp, ) (Entered: 03/30/2006) |
| 03/29/2006 | 228 | REBUTTAL by Angel Figueroa to the government's response to defendant's motion for acquittal and dismissal of indictment; Notice (pmp, ) (Entered: 03/30/2006) |
| 04/04/2006 | 229 | CERTIFICATE of Service by Angel Figueroa (pmp, ) (Entered: 04/06/2006) |
| 04/05/2006 | 230 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Status Hearing held. Mailed notice (pmp, ) (Entered: 04/11/2006) |
| 04/13/2006 | 231 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : Sentencing set for 4/17/06 is stricken. Mailed notice (pmp, ) (Entered: 04/14/2006) |
| 04/13/2006 | 233 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : Defendant's request for decision 227 is granted and the court enters the following orders. Motions 184,191,197,220,222, and 224 are denied. Motions 129,130,132,141,149 and 151 previously have been addressed and ruled upon in open court and hereby are denied. Motion 139 to file consolidated response to post-trial motions are granted as the response was filed 8/30/04. Mailed notice (pmp, ) (Entered: 04/18/2006) |
| 04/13/2006 | 234 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: All pending pre-trial motions 36,75,78,79,80,81,82,83,84,86,87,88,91,99 and 117 are denied as moot. This court previously resolved these motions either prior to or during trial. Mailed notice (pmp, ) (Entered: 04/18/2006) |
| 04/28/2006 | 235 | MOTION as to Angel Figueroa to withdraw as attorney Michael I. Leonard (Leonard, Michael) (Entered: 04/28/2006) |

| 04/28/2006 | 236 | NOTICE of Motion by Michael Irving Leonard for presentment of motion to withdraw as attorney235 before Honorable Wayne R. Andersen on 5/5/2006 at 10:00 AM. (Leonard, Michael) (Entered: 04/28/2006) |
|---|---|---|
| 05/02/2006 | 237 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : Sentencing set for 5/5/06 and reset to 6/8/2006 at 01:30 PM. Mailed notice (pmp, ) (Entered: 05/03/2006) |
| 05/05/2006 | 238 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : Motion to withdraw 235 as attorney is granted. Michael Leonard is given leave to withdraw his appearance. Sentencing set for 6/8/2006 is stricken and reset to 6/9/2006 at 1:30 p.m. Mailed notice (las, ) (Entered: 05/10/2006) |
| 05/12/2006 | 239 | NOTICE of docketing as to Angel Figueroa regarding Petition of Writ of Mandamus (06-2341) (pmp, ) (Entered: 05/16/2006) |
| 05/15/2006 | 240 | OPINION from the USCA for the 7th Circuit; Argued 5/10/06; Decided 5/12/06 in USCA case no. 06-2341 (pmp, ) (Entered: 05/17/2006) |
| 06/05/2006 | 241 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figuerora: Defendant's motion for Katiagar hearing 232 is denied. Defendant sentencing is scheduled for 6/9/06 at 1:30 p.m. and the court will proceed with the sentencing. Defendant Angel Figuerora has filed a motion for Kastagar hearing in which he as asked the court to have a hearing to detemine if the government used testimony in which he was entitled to immunity either before the grand jury or in its case in chief. This motion is untimely. See United States v Hocking, 841 F.2d 735, 736 (7th Cir. 1988)(holding that a district court lacks the authority to dispose of untimely filed post-trial motions). Thus the motion is denied. Mailed notice (pmp, ) (Entered: 06/06/2006) |
| 06/07/2006 | 242 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa: Sentencing set for 6/9/06 is stricken and reset to 7/7/2006 at 10:45 AM. Mailed notice (pmp, ) (Entered: 06/08/2006) |
| 07/07/2006 | 243 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figuerora: Defendant's motion for judgment of acquittal and dismissal of indictment 222 is denied. Mailed notice (pmp, ) (Entered: 07/10/2006) |
| 07/07/2006 | 244 | Sentencing held on 7/7/2006, JUDGMENT (Sentencing Order) as to Angel Figueroa (3) It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of two hundred forty (240) months. Upon release from imprisonment the defendant shall be on supervised release for the periods specified for each count of conviction. The defendant is sentenced on all count(s) of conviction, namely, count (s) one(1) to a period of five (5) years of supervised release, said periods to run concurrent. Mandatory conditions of supervised release. Standard conditions of supervised release. Schedule of payments. The defendant is immediately remanded to the custody of the United States Marshal. Mistrial declared on count two(2). Judgment of acquittal as to count four |

| | | |
|---|---|---|
| | | (4) of the indictment. Angel Figueroa terminated. Signed by Judge Wayne R. Andersen on 7/17/06.Mailed notice (pmp, ) (Entered: 07/17/2006) |
| 07/17/2006 | | JUDGMENT and Commitment as to Angel Figueroa issued to U.S. Marshal (pmp, ) (Entered: 07/17/2006) |
| 07/24/2006 | 245 | NOTICE OF APPEAL by Angel Figueroa regarding sentencing, judgment, terminate parties 244. (FEE DUE) (cdh, ) (Entered: 07/25/2006) |
| 07/25/2006 | 246 | Transmission of short record as to Angel Figueroa to US Court of Appeals re notice of appeal 245. (cdh, ) (Entered: 07/25/2006) |
| 07/26/2006 | 247 | USCA case number as to Angel Figueroa 06-3022 for notice of appeal 245 (pmp, ) (Entered: 07/31/2006) |
| 07/26/2006 | 248 | CIRCUIT Rule 3(b) notice (06-3022) (pmp, ) (Entered: 07/31/2006) |
| 08/03/2006 | 249 | TRANSCRIPT of proceedings for the following dates: 7/7/06; Before the Honorable Wayne R. Andersen as to Angel Figueroa (las, ) (Entered: 08/07/2006) |
| 08/07/2006 | 250 | USCA fees received $455.00, receipt #1112668 as to Angel Figueroa re notice of appeal 245. (cdh, ) (Entered: 08/08/2006) |
| 08/07/2006 | 252 | MOTION by Angel Figueroa for release of documents notice of tender (pmp, ) (Entered: 08/10/2006) |
| 08/08/2006 | | FORWARD copy of fee information sheet and certified copy of docketsheet as to Angel Figueroa to USCA. (cdh, ) (Entered: 08/08/2006) |
| 08/09/2006 | 251 | TRANSCRIPT designation and order form by Angel Figueroa for proceedings held on July, 2002 thru September 2002, 3/11/04,3/15/04,3/15/04 to 3/23/04,3/15/04,3/23/04 thru 6/7/06,7/7/06, 4/30/02-7/7/06 before Judge Andersen, (pmp, ) (Entered: 08/10/2006) |
| 08/09/2006 | 253 | LETTER from Angel Figueroa dated 8/4/06. (pmp, ) (Entered: 08/10/2006) |
| 08/09/2006 | 254 | CERTIFICATE of origin non-negotiable notice of acceptance notice of tender/bill of exchange by Angel Figueroa (pmp, ) (Entered: 08/11/2006) |
| 08/15/2006 | 255 | CERTIFIED and transmitted the long record regarding notice of appeal 245 as to Angel Figueroa to US Court of Appeals (USCA no. 06-3022) consisting of two volumes of pleadings, one exhibit, one sealed envelope and thirteen transcripts. (cdh, ) (Entered: 08/15/2006) |
| 08/17/2006 | 256 | USCA RECEIVED on 8/12/06 the long record regarding notice of appeal 245 as to Angel Figueroa. (cdh, ) (Entered: 08/17/2006) |
| 08/28/2006 | 257 | MINUTE entry before Judge Wayne R. Andersen as to Angel Figueroa : Defendant's petition for release of documents 252 is denied. Mailed notice (pmp, ) (Entered: 08/29/2006) |
| | | |

| 05/11/2007 | 258 | APPEAL record returned as to Angel Figueroa consisting of two volumes of pleadings, thirteen volumes of transcripts, one volume of exhibits and one volume of in camera material.(las, ) (Entered: 05/15/2007) |
| 05/11/2007 | 259 | MANDATE of USCA (certified copy) as to Angel Figueroa: The judgment of the District Court is affirmed, in accordance with the decision of this court entered on this date. (las, ) (Entered: 05/15/2007) |
| 05/11/2007 | 260 | OPINION from the USCA for the 7th Circuit; Submitted 4/17/07; Decided 4/19/07 in USCA case no. 06-3022 affirming the decision of the District Court. (las, ) (Entered: 05/15/2007) |
| 08/08/2007 | 262 | APPLICATION by Angel Figueroa for leave to appear pro hac vice Attorney: William Mallory Kent. (meg, ) (Entered: 08/10/2007) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 11/29/2007 10:30:01 | | |
| **PACER Login:** | du2371 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cr-00416 |
| **Billable Pages:** | 14 | **Cost:** | 1.12 |