

**U. S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Renato Mariotti*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 886-7855*<br>*Fax: (312) 353-4322* |

February 29, 2008

William Mallory Kent
Attorney at Law
1932 Perry Place
Jacksonville, Florida 32207-3443

      Re:    <u>United States v. Figueroa (07 CV 6321)</u>

Dear Mr. Kent:

      I'm writing to confirm the substance of our telephonic conversation on Wednesday, February 27 regarding issues raised in your January 4, 2008 email to me.

      As we discussed, I have copies of the First Motion to Extend Time to File Indictment and the Chief Judge's Order granting the Motion. Unfortunately, I cannot produce the Motion or Order to you, due to the secrecy obligations of Federal Rule of Criminal Procedure 6. However I have enclosed a copy of the Notice of Motion, which was received by counsel for Angel Figueroa when the first Motion was filed. I believe that this should be sufficient to convince your client that the Motion does, in fact, exist and was timely filed.

      In addition, I have enclosed information regarding Mr. Figueroa's May 28, 1997 conviction, as you requested. It is my understanding that I have provided you with all of the information you need. If that is not the case, or if you have any questions, contact me at (312) 886-7855 at your convenience.

      Sincerely,

      PATRICK J. FITZGERALD
      United States Attorney

      By: _____
      RENATO MARIOTTI
      Assistant U.S. Attorney
      (312) 886-7855

encls.