UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    07 CV 6321 |
| v. ) | |
| ) | Judge Wayne R. Andersen |
| ) | |
| ANGEL FIGUEROA ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Wayne R. Andersen in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S MOTION FOR LIMITED DISCLOSURE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)(2)(E)(i)**, at which time and place you may appear if you see fit.

                           Respectfully submitted,

                           PATRICK J. FITZGERALD
                           United States Attorney

        By:    s/ Renato Mariotti
                RENATO MARIOTTI
                Assistant United States Attorney
                219 S. Dearborn Street, 5th Floor
                Chicago, IL 60604
                (312) 886-7855