# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6321 | **DATE** | 6/6/2008 |
| **CASE TITLE** | United States of America vs. Angel Figueroa | | |

**DOCKET ENTRY TEXT**

Enter agreed order. Pursuant to FRCrP 6(e)(2)(E)(I), this Court hereby authorizes the government to disclose the May 29, 2002 Order of Acting Chief Judge Charles P. Kocoras ("Order") to counsel for Angel Figueroa, with appropriate redaction to ensure non-disclosure of sensitive information. In additional, Mr. Figueroa will be permitted to file his reply to the government's response within fifteen days after the receipt of the Order from the government.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA