UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 07 CV 6321 |
| ) | Judge Wayne R. Andersen |
| ANGEL FIGUEROA ) | |

### AGREED ORDER

Pursuant to Federal Rule of Criminal Procedure 6(e)(2)(E)(i), this Court hereby authorizes the government to disclose the May 29, 2002 Order of Acting Chief Judge Charles P. Kocoras ("Order") to counsel for Angel Figueroa, with appropriate redaction to ensure non-disclosure of sensitive information.

In addition, Mr. Figueroa will be permitted to file his reply to the government's response within fifteen days after the receipt of the Order from the government.

SO ORDERED:

_____
WAYNE R. ANDERSEN, Judge
United States District Court

DATED: June 6, 2008