UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 02 CR 416 |
| | ) | 02 GJ 1588 |
| v. | ) | Chief Judge Aspen |
| | ) | |
| GUILLERMO R. ALVAREZ, NOBERTO | ) | |
| RODRIGUEZ, and ANGEL FIGUEROA | ) | |

O R D E R

Upon the government's agreed motion under Title 18, United States Code, Section 3161(h)(8)(A) & (B) for an extension of time to file an indictment or information in the above-captioned matter,

IT IS HEREBY ORDERED that the time within which to file an indictment or information in the above-captioned case be extended to and including July 30, 2002. The Court finds that the ends of justice served by this extension outweigh the best interests of the defendants and the public in a speedy trial for the following reasons. First, it is unreasonable to expect the original return and filing of the indictment or information on or before May 30, 2002, ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████ Second, the ends of justice will be well served by granting the government and defendants additional time to reach a negotiated resolution of the case.

ENTERED:

Charles P. Kocoras

Marvin E. Aspen
Chief Judge

Dated: 5-29-02