## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                    **Case No:1:07-cv-6321**


**ANGEL FIGUEROA**

_____/

## ANGEL FIGUEROA'S STATUS INQUIRY

COMES now the Defendant/Petitioner, ANGEL FIGUEROA, and files this inquiry as to the status of the case in the above styled matter.

Undersigned counsel filed a reply [Doc.20] and corrected reply [Doc. 21] to the government's response to Figueroa's motion filed under 28 U.S.C. § 2255 on June 20, 2008. According to the on-line civil docket as of this date there have been no further filings in this matter.

Undersigned counsel received on July 14, 2008 a copy of a letter dated July 11, 2008 addressed to Judge Wayne R. Andersen from Assistant United States Attorney Renato Mariotti requesting permission to file a sur-reply to Defendant Figueora's reply to the government's response to his motion filed under 28 U.S.C. § 2255 and requesting 45 days from the date leave is granted to do so, a copy of which is attached and filed herewith as an Exhibit to this inquiry.

Respectfully submitted,

THE LAW OFFICE OF
WILLIAM MALLORY KENT

s/William Mallory Kent
    WILLIAM MALLORY KENT
    Florida Bar No. 0260738
    1932 Perry Place
    Jacksonville, FL 32202
    (904) 398-8000 Telephone
    (904) 348-3124 Facsimile
kent@williamkent.com
    ATTORNEY FOR FIGUEROA

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008 I electronically filed the foregoing

with the Clerk of the Court by using th CM/ECF system which will send a notice of

electronic filing to the following:

Renato Mariotti
renato.mariotti@usdoj.gov

I hereby certify that on September 3, 2008 a true and correct copy of the

foregoing document and the notice of electronic filing were sent by United States

mail  to the following non-CM/ECF participant(s):

Scott Frankel
77 W. Washington Street
Suite 1720
Chicago, IL 60602                                                      .

s/William Mallory Kent
William Mallory Kent

3