U. S. Department of Justice

United States Attorney
Northern District of Illinois

*Renato Mariotti*
*Assistant United States Attorney*
*Direct dial: (312) 886-7855*

*Dirksen Federal Courthouse*
*219 South Dearborn, Room 500*
*Chicago, Illinois 60604*

*(312) 353-5300*
*Fax: (312) 353-4322*

RECEIVED JUL 1 4 2008

July 11, 2008

RECEIVED JUL 1 4 2008

Judge Wayne R. Andersen
Dirksen Federal Building
219 South Dearborn Street
Chicago, IL 60604

Re: United States v. Figueroa (07 CV 6321)

Dear Judge Andersen:

On June 20, 2008, defendant Angel Figueroa filed a Reply to the Government's Response to his Motion Under 28 U.S.C. § 2255. The Reply presents new arguments that were not raised in Figueroa's initial motion, and the government asks Your Honor for leave to file a sur-reply. In addition, the government requests that it be given 45 days from the date leave is granted to file the sur-reply.

I have contacted William Mallory Kent, counsel for Mr. Figueroa, by telephone and he told me that Mr. Figueroa does not oppose the government's request for leave to file a sur-reply or its proposed briefing schedule.

Sincerely,

PATRICK J. FITZGERALD
United States Attorney

By: _____
RENATO MARIOTTI
Assistant U.S. Attorney
(312) 886-7855

cc: William Mallory Kent, Esq.